AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Y.Z.Y., INC. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| FRAGRANCENET.COM, INC., a Delaware corporation; JTG B.V., a Netherlands corporation; JTG USA, INC., a Delaware corporation; and JASON APFEL | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   0:23-cv-60934-RS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FRAGRANCENET.COM, INC.
900 Grand Boulevard
Deer Park, New York 11729

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RICHARD S. ROSS, ESQ.
525 NE 14 AVENUE
FORT LAUDERDALE, FLORIDA 33301
TEL 954/252-9110
FAX 954/252-9192
E MAIL prodp@ix.netcom.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   May 19, 2023

*s/ R. Bissainthe*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| Y.Z.Y., INC. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| FRAGRANCENET.COM, INC., a Delaware corporation; JTG B.V., a Netherlands corporation; JTG USA, INC., a Delaware corporation; and JASON APFEL | ) |
| *Defendant(s)* | ) |

Civil Action No.   0:23-cv-60934-RS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JTG B.V.
900 Grand Boulevard
Deer Park, New York 11729

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  RICHARD S. ROSS, ESQ.
525 NE 14 AVENUE
FORT LAUDERDALE, FLORIDA 33301
TEL 954/252-9110
FAX 954/252-9192
E MAIL prodp@ix.netcom.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   May 19, 2023



SUMMONS

*s/ R. Bissainthe*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida    ▼

| | |
|---|---|
| Y.Z.Y., INC. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| FRAGRANCENET.COM, INC., a Delaware corporation; JTG B.V., a Netherlands corporation; JTG USA, INC., a Delaware corporation; and JASON APFEL | ) |
| *Defendant(s)* | ) |

Civil Action No.   0:23-cv-60934-RS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JTG USA, INC.
900 Grand Boulevard
Deer Park, New York 11729

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RICHARD S. ROSS, ESQ.
525 NE 14 AVENUE
FORT LAUDERDALE, FLORIDA 33301
TEL 954/252-9110
FAX 954/252-9192
E MAIL prodp@ix.netcom.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   May 19, 2023

Angela E. Noble
Clerk of Court

*s/ R. Bissainthe*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida  ▼

| | |
|---|---|
| Y.Z.Y., INC. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) Civil Action No.   0:23-cv-60934-RS |
| FRAGRANCENET.COM, INC., a Delaware corporation; JTG B.V., a Netherlands corporation; JTG USA, INC., a Delaware corporation; and JASON APFEL | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JASON APFEL
900 Grand Boulevard
Deer Park, New York 11729

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RICHARD S. ROSS, ESQ.
525 NE 14 AVENUE
FORT LAUDERDALE, FLORIDA 33301
TEL 954/252-9110
FAX 954/252-9192
E MAIL prodp@ix.netcom.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   May 19, 2023



SUMMONS

*s/ R. Bissainthe*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court